UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>VINCENT DECARO | No. 3:18-cr-171 (SRU) |

## ORDER ON MOTION FOR RELEASE

Vincent DeCaro's motion for temporary release on bond (doc. no. 132) is hereby **GRANTED**. The Bureau of Prisons is directed to immediately commence the process of releasing DeCaro from custody. DeCaro is ordered to comply with the following conditions of release:

1. DeCaro shall promptly post a $50,000 secured bond.

2. Upon release, DeCaro must self-quarantine for fourteen (14) days. He must also contact his physician to determine whether he is a candidate for testing for COVID-19. If his medical provider determines that he needs to be tested, he must comply with that testing. If the test is positive, he must promptly report the result to the Bureau of Prisons.

3. DeCaro shall be released directly to the Brien McMahon Federal Building in Bridgeport, Connecticut, where the United States Probation Office will equip DeCaro with an electronic monitoring device. I leave it to the discretion of the Probation Office to determine whether to seek modification of the condition to another form of monitoring.

4. Immediately thereafter, DeCaro shall return to the home of his aunt, Donna Falci, at 20 Walker Lane in Weston, Connecticut, where he shall reside pending further order.

5. DeCaro shall not leave Falci's house for any reason other than medical treatment. If DeCaro needs to leave the house for any other reason, such as meeting with counsel, DeCaro shall seek prior approval from Probation.

6. DeCaro shall check in daily with his counsel and/or Probation or as deemed appropriate by Probation.

7. DeCaro shall not obtain a passport during the pendency of this matter.

8. DeCaro shall not access the Internet during the pendency of this matter.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 7th day of April 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge