# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** : | **CASE NO.: 3:18CR171 (SRU)** |
| **PLAINTIFF** : | |
| : | |
| **V.** : | |
| : | |
| **VINCENT DECARO,** : | |
| **DEFENDANT** : | **JUNE 11, 2020** |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, VINCENT DECARO, respectfully moves, through undersigned counsel, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of his release. Mr. Decaro seeks an Order of the Court permitting him to access the Internet to consult with counsel through Zoom to review discovery and discuss matters related to his case and obtain online counseling services. In support of such motion undersigned counsel provides as follows:

1. Mr. Decaro was presented, arraigned and ordered detained on April 24, 2019.

2. On April 7, 2020 the Court entered an Order setting Conditions of Release. Mr. Decaro was ordered released subject to conditions, including posting a $50,000 secured bond, self-quarantining and residing with his aunt, Donna Falci, in Weston, Connecticut and not accessing the Internet.

3. Mr. Decaro has been fully compliant with his conditions of release.

4. Undersigned counsel needs to review discovery with Mr. Decaro and would like to use the Zoom platform to discuss matters related to his case with him.

5. Mr. Decaro would like to participate in counseling and is working with counsel to locate a mental health professional able to provide remote services.

6. USPO Mike Jones does not have any objection to this request.

7. AUSA Douglas Morabito does not have any objection to this request.

WHEREFORE, the defendant requests that the Court grant this Motion to Modify the Conditions of Release permitting Mr. Decaro to access the Internet to consult with counsel and obtain counseling.

Respectfully submitted,

VINCENT DECARO

___/s/ Audrey Felsen_

Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT  06905
Phone: (203) 327-1500
Fax:    (203) 327-7660
Fed. Bar. No.:  ct20891
afelsen@aol.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on June 11, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          __/s/ Audrey Felsen__
                                          Audrey A. Felsen