AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>VINCENT DECARO<br><br>*Defendant* | )<br>)  Case No.  3:18-cr-171(SRU)<br>)<br>)<br>)<br>)<br>) |

## CORRECTED
## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **VINCENT DECARO**                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl Analogue
21 USC 841(a)(1) and (b)(1)(A) (vi)Possession with Intent to Distribute Fentanyl Analogue

Date:     10/10/2018

*True Copy ATTEST: ROBIN D. TABORA Clerk U.S. District Court BY [signature] Deputy Clerk*

[signature]
*Issuing officer's signature*

City and state:     New Haven, Connecticut                         Joanne Pesta, Deputy clerk
                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 10/10/18, and the person was arrested on *(date)* 4/19/19
at *(city and state)* New Haven, CT.

Date: 11/18/2020

[signature]
*Arresting officer's signature*

Matt Duffy - SA USSS
*Printed name and title*