# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:18CR171 (SRU) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| VINCENT DECARO, | : | |
| DEFENDANT | : | January 16, 2021 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, VINCENT DECARO, respectfully moves, through undersigned counsel, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of his release. Mr. Decaro seeks an Order of the Court permitting him to reside with his mother and sister at their home in Stamford, Connecticut, and to access the Internet to take online classes. In support of such motion undersigned counsel provides as follows:

1. Mr. Decaro was presented, arraigned and ordered detained on April 24, 2019.

2. On April 7, 2020 the Court entered an Order setting Conditions of Release. Mr. Decaro was ordered released subject to conditions, including posting a $50,0000 bond, self-quarantining, residing with his aunt, Donna Falci, in Weston, Connecticut and not accessing the Internet.

3. On July 9, 2020 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him access to the Internet to consult with counsel through Zoom to review discovery and discuss matters related to his case, and to obtain online counseling services.

4.      Mr. Decaro would like to live with his mother, Kim Decaro, and sister, Tamara Decaro, who reside at West Hill Circle in Stamford, Connecticut and they want him to live with them at the West Hill home.

5.      Mr. Decaro's beloved dog is ill and needs to be cared for at Mr. Decaro's mother's residence in Stamford, Connecticut. Ms. Falci is not in a position to continue to supervise Mr. Decaro or care for the dog and asked that Mr. Decaro move in with his mother.

6.      USPO Michael Jones completed an assessment of Mr. Decaro's proposed residence and does not object to this request. USPO Jones requested the ability to determine and choose monitoring technology once he moves into the home.

7.      Mr. Decaro would like to enroll in online classes at Norwalk Community College. Mr. Decaro requests permission to sign up for at least one of the following classes: Principles of Marketing, Principles of Advertising and Introduction to Engineering. If Mr. Decaro is unable sign up for any of these classes in time, Mr. Decaro requests permission sign up for the Engineering Renewable Energy Program at Devry University in March, 2021.

8.      Mr. Decaro has been fully compliant with the conditions of release.

9.      USPO Jones provided input regarding this request and does not have any objection to these requested modifications. AUSA Douglas Morabito defers to probation.

WHEREFORE, the defendant requests that the Court grant this Motion to Modify the Conditions of Release so that Mr. Decaro may reside with his mother and sister and access the Internet for the purpose of participating in online college courses.

Respectfully submitted,

VINCENT DECARO

___/s/ Audrey Felsen_

Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT  06905
Phone: (203) 327-1500
Fax:    (203) 327-7660
Fed. Bar. No.:  ct20891
afelsen@aol.com


<u>CERTIFICATION</u>

THIS IS TO CERTIFY that on January 16, 2021 a copy of the foregoing was filed

electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.



__/s/ Audrey Felsen__
Audrey A. Felsen