UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:18CR171 (SRU) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| VINCENT DECARO, | : | |
| DEFENDANT | : | May 11, 2021 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, VINCENT DECARO, respectfully moves, through undersigned counsel, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of his release. Mr. Decaro seeks an Order of the Court permitting him to attend in-person counseling with Dr. Diana Miner of Westport Behavioral Health in Westport, Connecticut. In support of such motion the undersigned counsel provides as follows:

1. Mr. Decaro was presented, arraigned and ordered detained on April 24, 2019.

2. On April 7, 2020 the Court entered an Order setting Conditions of Release. Mr. Decaro was ordered release subject to conditions, including posting a $50,0000 secured bond, self-quarantining and residing with his aunt, Donna Falci, in Weston, Connecticut and not accessing the Internet.

3. On July 9, 2020 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him access to the Internet to consult with counsel through Zoom to review discovery and discuss matters related to his case and obtain online counseling services.

4. On January 16, 2021 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him to live with his mother, Kim Decaro, and sister, Tamara

5. Decaro, at West Hill Circle in Stamford, Connecticut and to enroll in online classes at Norwalk Community College.

6. Mr. Decaro has been able to secure an in-person appointment with Dr. Diana Miner of Westport Behavioral Health on Main Street in Westport, Connecticut and intends to engage in treatment with her on an ongoing basis.

7. Mr. Decaro has been fully compliant with his conditions of release.

8. USPO Mike Jones does not have any objection to this request.

WHEREFORE, the defendant requests that the Court grant this Motion to Modify the Conditions of Release so that Mr. Decaro may attend in-person therapy sessions with Dr. Diana Miner.

Respectfully submitted,

VINCENT DECARO

___/s/ Audrey Felsen_

Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT  06905
Phone: (203) 327-1500
Fax:    (203) 327-7660
Fed. Bar. No.:  ct20891
afelsen@aol.com

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that on May 11, 2021 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\_\_/s/ Audrey Felsen\_\_
Audrey A. Felsen