## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:18CR171 (SRU) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| VINCENT DECARO, | : | |
| DEFENDANT | : | May 21, 2021 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, VINCENT DECARO, respectfully moves, through undersigned counsel, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of his release. Mr. Decaro seeks an Order of the Court permitting him to attend online classes at Penn Foster College. In support of such motion the undersigned counsel provides as follows:

1. Mr. Decaro was presented, arraigned and ordered detained on April 24, 2019.

2. On April 7, 2020 Mr. Decaro was ordered released subject to conditions, including posting a $50,0000 secured bond, self-quarantining and residing with his aunt, Donna Falci, in Weston, Connecticut and not accessing the Internet.

3. On July 9, 2020 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him access to the Internet to consult with counsel through Zoom to review discovery and discuss matters related to his case and obtain online counseling services.

4. On January 16, 2021 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him to live with his mother, Kim Decaro, and sister, Tamara

Decaro, who reside at West Hill Circle in Stamford, Connecticut and to enroll in online classes at Norwalk Community College.

5. On May 11, 2021 the Court granted Mr. Decaro's Motion to Modify Conditions of Release permitting him to attend in-person therapy sessions with Dr. Diana Miner.

6. Mr. Decaro requests permission to attend online classes at Penn Foster College to participate in the Graphic Design Undergraduate Certificate Program. Upon enrollment, Mr. Decaro can begin these online classes immediately.

7. Mr. Decaro has been fully compliant with his conditions of release.

8. USPO Mike Jones does not have any objection to this request.

9. AUSA Douglas Morabito does not have any objection to this request.

WHEREFORE, the defendant requests that the Court grant this Motion to Modify the Conditions of Release so that Mr. Decaro may attend online classes at Penn Foster College.

Respectfully submitted,

VINCENT DECARO

___/s/ Audrey Felsen_

Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT  06905
Phone: (203) 327-1500
Fax:    (203) 327-7660
Fed. Bar. No.:  ct20891
afelsen@aol.com

CERTIFICATION

THIS IS TO CERTIFY that on May 21, 2021 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                __/s/ Audrey Felsen__
                                                                Audrey A. Felsen