Criminal Std (6/13/2012)

**HONORABLE:** Stefan R. Underhill
**DEPUTY CLERK** F. Velez         **RPTR/ECRO/TAPE** Darlene Warner
**USPO** _____   **INTERPRETER** _____

**TOTAL TIME:** ___ hours  50 minutes

**DATE:** 06/15/2021   **START TIME:** 3:00 p.m.   **END TIME:** 3:50 p.m.

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR
- [ ] BOND HRG
- [x] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [ ] MOTION HRG

**CRIMINAL NO.** 3:18-cr-00171-SRU   **DEFT #** 1

Douglas P. Morabito
AUSA

**UNITED STATES OF AMERICA**
vs
**VINCENT DECARO**

Audrey A. Felsen
Counsel for Defendant Ret [ ] CJA [x] PDA [ ]

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... [ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney_____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of _____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [x] ...... Plea Agreement Ltr filed [ ] under seal [x] to be e-filed
- [ ] ......Plea of [ ] not guilty [x] guilty [ ] nolo contendere to count(s) 2 of the Indictment
- [ ] ...... Petition to Enter Guilty Plea filed                                          (indict, superseding indict, info)
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] .......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [x] ...... Sentencing set for September 7, 2021 at 11:00 a.m.   [x] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $_____ on count(s)_____. Total $_____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [x] ...... Bond [ ] revoked [ ] reinstated [x] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... _____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
         upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
         and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #\_\_\_\_ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #\_\_\_\_ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #\_\_\_\_ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #\_\_\_\_ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement